

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# At Baltimore

In re:    **Case No.: 18-16800-DER**    **Chapter: 13**

**NANCY WELCH ALMGREN,**
    Debtor.

## MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.

cc:    Debtor
        Attorney for Debtor
        Case Trustee
        U.S. Trustee

**END OF ORDER**

11x10 (rev. 03/08/2001)*